# United States Court of Appeals for the Fifth Circuit

---

No. 25-30377
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
April 13, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

DEMARIO MONTRELL RODGERS,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:24-CR-167-1

---

Before RICHMAN, SOUTHWICK, and WILLETT, *Circuit Judges*.

PER CURIAM:[*]

Demario Montrell Rodgers appeals his conviction following his conditional guilty plea to possession of a firearm after having previously been convicted of a felony. He argues that the district court erred in denying his motion to suppress because the investigatory stop was not supported by reasonable suspicion.

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-30377

The record reveals that based on the totality of the circumstances, such as Rodgers's presence in a high crime area, his furtive gestures, and his evasive maneuvers, officers had reasonable suspicion to justify an investigatory stop. *See United States v. Wright*, 74 F. 4th 722, 726, 732 (5th Cir. 2023); *United States v. Darrell*, 945 F.3d 929, 932, 935-39 (5th Cir. 2019).

AFFIRMED.